IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD J. ARMSTRONG III,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, DAKOTA COUNTY, KIM WATSON, County Attorney; and SARAH HAMMOND, County Attorney;<br><br>　　　　　　　Defendants. | **8:25CV270**<br><br>**MEMORANDUM AND ORDER** |

On June 23, 2025, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 11. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 31st day of July, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge